IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANITA WASHINGTON, *et al.*,
        Plaintiffs,

v.                                                Civil Action No. 3:24cv835

MIKE SILVER, in his capacity as
Director of Training and Services,
        Defendant.

## ORDER

This matter comes before the Court on a complaint filed by the *pro se* plaintiffs, Edyta Basista, Katherine Moore, Ariel Offenbacker, Amy Palacios, and Anita Washington. (ECF No. 1.) The plaintiffs allege that the defendant, Mike Silver, violated various federal laws in his capacity as the Training and Services Director for the North Carolina Administrative Office of the Courts ("NCAOC"). Each of the plaintiffs' claims arise out of alleged conduct that occurred within the North Carolina family court system; none of the plaintiffs reside in this district[1]; and the NCAOC is in Raleigh, North Carolina. Thus, "[f]or the convenience of parties and witnesses," and "in the interest of justice," the Court DIRECTS the Clerk of Court to transfer this action to the Eastern District of North Carolina, Raleigh Division, pursuant to 28 U.S.C. § 1404(a).

It is so ORDERED.

Let the Clerk send a copy of this Order to the *pro se* plaintiffs and to the Clerk of Court for the Eastern District of North Carolina.

---

[1] Basista and Moore live in Wake County, North Carolina, which is in the Eastern District of North Carolina; Offenbacker lives in Mecklenburg County, North Carolina, which is in the Middle District of North Carolina; Palacios lives in Cabarrus County, North Carolina, which is in the Western District of North Carolina; and Washington lives in Lynchburg, Virginia, which is in the Western District of Virginia.

Date: 2 December 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge